# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Matthew Terry, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kriehn & Associates, LLC, | ) | Case No. 1:23-cv-008 |
| | ) | |
| Defendant. | ) | |

On May 24, 2023, Plaintiff filed a "Notice of Dismissal with Prejudice" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. No. 7). Accordingly, the above-captioned action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated this 25th day of May, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court